UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ArcelorMittal Long Products Canada G.P.  PLAINTIFF,<br><br>V.<br><br>United States    DEFENDANT. | Court Number: 21-00043<br><br>**CUSTOMS CASE MANAGEMENT CALENDAR** |

## ORDER OF DISMISSAL

This action, previously placed in the above entitled calendar and not removed therefrom at the expiration of the applicable period of time of removal, is hereby dismissed for lack of prosecution pursuant to Rule 83(c).

Mario Toscano
Clerk of the Court

Date: 2/3/2025

By: /s/ Stephen Swindell

Deputy Clerk